UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. 6:17-CR-58-REW |
| v. | ) ) | ORDER |
| APRIL BOWLING, | ) ) | |
| Defendant. | ) | |

*** *** *** ***

In October 2018, the Court sentenced Defendant April Bowling to a 206-month term of imprisonment for her role in a methamphetamine trafficking conspiracy. DE 142 (Judgment). Bowling, now an inmate at FCI Tallahassee, has filed a *pro se* motion seeking compassionate release. DE 156 (Motion). 18 U.S.C. § 3582 governs the request. It, as amended by the First Step Act of 2018 (Pub. L. No. 115-391, 132 Stat. 5194 (2018)), permits the Court, "upon motion of the Director of the Bureau of Prisons, or upon motion of the defendant[,]" either (1) "after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or" (2) upon "the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier," to "reduce the term of imprisonment . . . after considering the factors set forth in section 3553(a) to the extent that they are applicable, if it finds that . . . extraordinary and compelling reasons warrant such a reduction . . . and that such a reduction is consistent with applicable policy statements issued by the Sentencing Commission[.]" 18 U.S.C. § 3582(c)(1)(A)(i).

On initial review of the motion and supporting documentation, it appears that Bowling has satisfied at least one § 3582(c)(1)(A) prerequisite, and such is sufficient to trigger judicial review.

1

To her motion, Bowling attaches the email she received from the warden, which indicates that she requested compassionate release based on family members needing her support. DE 156-1. The warden's email denying Bowling's requests is dated August 17, 2020. *Id.* As more than 30 days elapsed between warden request submission and motion filing, Bowling demonstrates compliance with the statute. *See United States v. Ruffin*, No. 20-5748, 2020 WL 6268582, at *3 (6th Cir. Oct. 26, 2020) ("As [the amended § 3582(c)(1)(A)] makes clear, defendants now may bring reduction-of-sentence motions on their own once they exhaust any administrative remedies *or* wait 30 days from the date they request relief from the Bureau of Prisons.") (emphasis added).

Accordingly, the Court **ORDERS** the United States to respond, addressing the merits of Bowling's compassionate release request, **within 14 days** of this Order. Defendant **MAY** reply **within 7 days** of response filing. The Clerk shall promptly send a copy of this Order to Bowling.

This the 6th day of November, 2020.

Signed By:
*Robert E. Wier*
United States District Judge

2